IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIMITRIOUS STOKES** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **EQUAL OPPORTUNITY EMPLOYMENT COMMISSION – PHILADELPHIA, et al.** | : : | **NO. 15-4815** |

## ORDER

AND NOW, this 31st day of August, 2015, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Gerald J. Pappert
GERALD J. PAPPERT, J.